IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANA MARSHEA HARLEY, #208414, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-CV-617-TMH |
| ) | [WO] |
| ) | |
| FRANK ALBRIGHT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #16) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #16) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. #15).

Done this 18th day of November, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE